UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

CHARLES V. DEBERRY
JACQUELINE NICOLE DEBERRY

Debtor(s)

Chapter 13
Case No. 16-29209

Judge A. BENJAMIN GOLDGAR

## SUPPLEMENTAL DECLARATION IN SUPPORT
## OF MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Lawanda Chambliss, declare under penalty of perjury as follows:

1. I am employed by CitiMortgage, Inc., as a Vice President - Document Control. Pursuant to an agreement, CitiMortgage, Inc., provides loan servicing for MANUFACTURERS AND TRADERS TRUST A/K/A M &T BANK S/B/M HUDSON CITY SAVINGS BANK., its Successors and/or Assigns ("Movant"). I am authorized to sign this supplemental declaration on behalf of Movant pursuant to the corporate resolutions of Movant. This supplemental declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. In my capacity as Vice President – Document Control, I have personal knowledge of and am familiar with the types of records maintained by Movant in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Movant that pertain to the Loan and extensions of credit given to Debtor(s) concerning the property securing such Loan.

3. The information in this supplemental declaration is taken from Movant's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information

transmitted by persons with personal knowledge; (b) kept in the course of Movant's regularly conducted business activities; and (c) it is the regular practice of Movant to make such records.

4. The Debtor(s) have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of December 8, 2016, there are one or more defaults in paying Debtor(s) post-petition amounts due with respect to the Note.

6. As of December 8, 2016, the unpaid principal balance of the Note is $815,779.62.

7. The following chart sets forth those postpetition payments, due pursuant to the terms of the Note, that have been missed by the Debtor(s) as of December 8, 2016:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 10/01/2016 | 12/01/2016 | $5,787.74 | $2,245.53 | $8,033.27 | $24,099.81 |
| Less postpetition partial payments (suspense balance): | | | | | ($0.00) | |

Total: $ 24,099.81

8. As of December 8, 2016, the total postpetition arrearage/delinquency is $24,099.81, consisting of (i) the foregoing total of missed postpetition payments in the amount of $24,099.81, plus (ii) the following postpetition fees[1]:

| Description | Amount |
|---|---|
| N/A | $0.00 |

---

[1] The total of missed postpetition payments for this escrow loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, postpetition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, movant will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total postpetiton arrearage/delinquency is qualified accordingly.

9. Attached hereto as Exhibit D is a postpetition payment history.

Pursuant to 28 U.S.C § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13 day of January, 2017,

By: _____
Name: Lawanda Chambliss