Return To:
CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071

Prepared by:
LAURA JONES
CITIMORTGAGE, INC
1000 TECHNOLOGY DRIVE, MS 321
O'FALLON , MO 63368-2240

Type: ASG
Recorded: 8/26/2015 10:08:50 AM
Fee Amt: $39.00  Page 1 of 3
Receipt#: 201500051852
IL Rental Housing Fund: $09.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder

File# ███████████



## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

That CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc. , whose mailing address is 1000 Technology Drive, O'Fallon, MO, 63368 , herein designated as the Assignor, for and in consideration of the sum of TEN and 00/00 ($10.00) DOLLARS and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, and transfer, to Hudson City Savings Bank , whose mailing address is   West 80 Century Rd, Paramus, NJ, 07652 , herein designated as the Assignee, its rights in that certain mortgage executed by Charles Deberry and Jacqueline Deberry , dated 01/09/2007 ,  Originally Recorded On: 01/18/2007  and recorded in Official Records Book: NA Page: NA Instrument No: 6122845, of the Public Records Lake County, Illinois and encumbering the property more particularly described as follows:
Description/Additional information: See Exhibit A
Parcel ID#: 11-11-101-008

Property Address: 1861 Haven Ln, Libertyville, IL, 60048

TO HAVE AND TO HOLD the same unto the said Assignee.

Original Beneficiary: ABN AMRO Mortgage Group, Inc.

IN WITNESS WHEREOF, the said Assignor has caused these presents to be executed in its name,

on ___8-20-2015___ .

CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc.

By: Laura M. Jones
Document Control Officer

EX:C

STATE OF **MISSOURI, ST. CHARLES COUNTY**

On _____ $\beta$ -$\cancel{}$0 -15 _____ before me, the undersigned, a notary public in and for said state, personally appeared **Laura M. Jones, Document Control Officer** of **CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc.** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

HELENE E. ROBINSON
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: August 01, 2016
Commission Number: 12372326

Notary Public **Helene E. Robinson**

Commission Expires: 08/01/2016

Page # 2 ▮▮▮▮▮▮▮▮▮▮▮ Lake County External

Doc Number: ▮▮▮▮▮▮▮▮

## EXHIBIT A

LOT 7 IN SADDLE HILL ESTATE UNIT 3, BEING A SUBDIVISION OF THE EAST 755 FEET OF THE NORTHWEST QUARTER OF SECTION 11, TOWNSHIP 44 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING SOUTHERLY OF THE NORTHERLY RIGHT-OF-WAY LINE OF STATE ROUTE 137, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 15, 1989 AS DOCUMENT NO. 2802259, IN LAKE COUNTY, ILLINOIS.